UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SORIN LAZAR,                                                :
                                      Plaintiff,            :
                                                            :     21 Civ. 1748 (LGS)
                -against-                                   :
                                                            :     ORDER
CITY OF NEW YORK, et al.,                                   :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on September 30, 2021, Plaintiff filed the Second Amended Complaint;

   WHEREAS, the Opinion and Order dated July 26, 2022, dismissed the Second Amended Complaint as to Defendants Cyris Jewels and The Aurora Condominium.  The Plaintiff was permitted to seek leave to replead consistent with the Opinion by filing a red-lined version of the proposed Third Amended Complaint, showing changes from the Second Amended Complaint, together with a letter application explaining how the proposed amended pleading cures the deficiencies identified in the Opinion;

   WHEREAS, Plaintiff filed the proposed Third Amended Complaint and letter application on August 17, 2022.  It is hereby

   **ORDERED** that Defendants City of New York and Nunezramos shall raise any objection to the addition of the malicious prosecution claim by **September 20, 2022**.

Dated: September 15, 2022
       New York, New York

                                                 _____
                                                    **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**