UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SORIN LAZAR,
                              Plaintiff,

                      -against-

CITY OF NEW YORK, et al.,
                            Defendants.
------------------------------------------------------------X

21 Civ. 1748 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the proposed Third Amended Complaint and letter application on August 17, 2022;

WHEREAS, by Order dated September 15, 2022, Defendants City of New York and Nunezramos were directed to raise any objection to the addition of the malicious prosecution claim by September 20, 2022;

WHEREAS, no such objections were raised. It is hereby

**ORDERED** that Plaintiff's motion to file the Third Amended Complaint is GRANTED as unopposed. Plaintiff shall file the Third Amended Complaint by **September 23, 2022**.

Dated: September 21, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE