UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SORIN LAZAR,                                                 :
                                  Plaintiff,                 :
                                                             :   21 Civ. 1748 (LGS)
              -against-                                      :
                                                             :   ORDER
CITY OF NEW YORK, et al.,                                    :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the Third Amended Complaint on September 21, 2022;

WHEREAS, Plaintiff has not filed proof of service of the Third Amended Complaint on Defendants Cyris Jewels and The Aurora Condominium.  It is hereby

**ORDERED** that Plaintiff shall promptly serve a copy of the Third Amended Complaint on Defendants Cyris Jewels and The Aurora Condominium.  It is further

**ORDERED** that Plaintiff shall file proof of such service on the docket as soon as possible and no later than **October 7, 2022**.

Dated: September 28, 2022
       New York, New York

                                                     _____
                                                     LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE