```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SORIN LAZAR,                                                 :
                                    Plaintiff,               :
                                                             :   21 Civ. 1748 (LGS)
                -against-                                    :
                                                             :        ORDER
CITY OF NEW YORK, et al.,                                    :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 28, 2022, required Plaintiff to serve a copy of the Third Amended Complaint on Defendants Cyris Jewels and The Aurora Condominium, and to file proof of such service on the docket no later than October 7, 2022;

WHEREAS, no proof of service has been filed. It is hereby

**ORDERED** that, by **October 14, 2022**, Plaintiff shall file proof of service. Failure to comply with this Order will result in dismissal of the lawsuit against Defendants Cyris Jewels and The Aurora Condominium for failure to prosecute.

Dated: October 12, 2022
       New York, New York