This motion is **DENIED** without prejudice to renewal.  Defendants intending to file a motion to dismiss shall comply with the Court's Individual Rule III.C.2.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 70.

Dated: October 25, 2022
New York, New York

*Lorna G. Schofield*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SORIN LAZAR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, P.O. JASMINE NUNEZRAMOS, in her Official and individual capacity, CYRIS JEWELS, in his Official capacity as a Board Member of the Aurora Condominium and in his individual capacity and THE AURORA CONDOMINIUM,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01748<br><br>**NOTICE OF MOTION IN SUPPORT OF MOTION TO DISMISS THE SIXTH COUNT OF THE THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) ON BEHALF OF DEFENDANTS CYRIS JEWELS AND THE AURORA CONDOMIUNIUM** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, counsel for defendants the Aurora Condominium and Cyris Jewels, shall move pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to dismiss the Plaintiff's Third Amended Complaint before the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007.

The Sixth Count of Plaintiff's Third Amended Complaint is barred because it fails to state a claim due to application of the common interest privilege and should be dismissed pursuant to Rule 12(b)(6). Both the Sixth and Seventh Court should also be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) as the Court does not have jurisdiction over these state law claims.

A Memorandum of Law is filed concurrently and is incorporated herein.

2

                                        **GORDON REES SCULLY MANSUKHANI, LLP**
*Attorneys for Defendants*
*Cyris Jewels and The Aurora Condominium*

By: <u>*s/ Scott V. Heck*</u>
     Scott V. Heck, Esq.

     1 Battery Park Plaza, 28th Floor
     New York, NY 10004
     Telephone: (973) 549-2500
     Fax: (973) 377-1911
     Email: sheck@grsm.com

Dated: October 24, 2022