```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SORIN LAZAR,                                                  :
                                       Plaintiff,             :
                                                              :     21 Civ. 1748 (LGS)
               -against-                                      :
                                                              :            ORDER
CITY OF NEW YORK, et al.,                                     :
                                       Defendants.            :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 16, 2022, Defendants City of New York and Jasmine Nunezramos (collectively, "City Defendants") filed a request that the Court order Plaintiff to, by a date certain on pain of dismissal, (i) respond to City Defendants' July 22, 2022 discovery requests, (ii) sign and return the stipulation for virtual depositions to Defendants and (iii) provide mutually available dates for Plaintiff's deposition;

WHEREAS, the Order dated November 17, 2022, directed Plaintiff to file a response to these requests by November 21, 2022;

WHEREAS, no such response was filed. It is hereby

**ORDERED** that, by **November 23, 2022**, Plaintiff shall file a response to City Defendants' request, not to exceed three pages. If he does not do so, the request will be considered unopposed.

Dated: November 22, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE