


November 27, 2022

*Via ECF*
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 11201

The application is untimely, but nevertheless granted nunc pro tunc. Plaintiff shall file a response to City Defendants' request, not to exceed three pages, by **November 29, 2022**.

Dated: November 28, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Sorin Lazar v. The City of New York, et al.
      Case No. 1:21-cv-01748-AJN-Re: Response to Defendant's City request

Dear Judge Schofield:

      This firm represents Plaintiff Sorin Lazar ("Plaintiff") in the above-referenced action. Pursuant to the Court's November 22, 2022 Order, the Court Ordered that Plaintiff shall file a response to City Defendant's request, not to exceed three pages by November 23, 2022. Regrettably, Counsel missed the Court's November 22nd email. I apologize to the Court and Counsel for the oversight. Based on the foregoing, Counsel respectfully requests that its time to respond to Defendant's request be extended to November 29, 2022. Counsel has not had the chance to seek City Defendant's consent but, will seek the City's consent on the next business day, Monday, November 28, 2022. Thank you for your consideration.

      Respectfully submitted,

      /s/ Richard St. Paul

      Richard St. Paul, Esq




cc: All Counsel (*via ECF*)