UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
SORIN LAZAR,                             :
                          Plaintiff,    :
                                              :         21 Civ. 1748 (LGS)
                -against-              :
                                              :         <u>ORDER</u>
CITY OF NEW YORK, et al.,            :
                         Defendants.  :
                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Order dated November 17, 2022, the deadline for Defendants The Aurora Condominium and Cyris Jewels (the "Aurora Defendants") to file a reply memorandum of law was December 22, 2022, but no such memorandum of law was filed.  It is hereby

       **ORDERED** that the Aurora Defendants may, but need not, file a reply memorandum no later than **December 28, 2022**.  If they do not do so, the motion will be considered fully submitted.

Dated:  December 27, 2022
            New York, New York

                                                              LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE