UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SORIN LAZAR,
                           Plaintiff,

                -against-

CITY OF NEW YORK, et al.,
                          Defendants.
-------------------------------------------------------------- X

21 Civ. 1748 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 3, 2023, Defendants City of New York and Jasmine Nunezramos (collectively, "City Defendants") filed a request that the Court order Plaintiff to, by a date certain and on pain of dismissal, provide mutually available dates for Plaintiff's deposition;

      WHEREAS, the Order dated February 6, 2023, directed Plaintiff to file a response by February 8, 2023;

      WHEREAS, no such response was filed. It is hereby

      **ORDERED** that, by **February 10, 2023**, Plaintiff shall file a response to City Defendants' request, not to exceed three pages.

Dated: February 9, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**