

> Application **GRANTED**. The fact discovery deadline is extended to **March 21, 2023**, for the limited purpose of completing the depositions referenced herein. An amended case management plan will issue separately. No further extensions will be granted absent extraordinary circumstances.
>
> The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 96 and 99.
>
> Dated: February 13, 2023
> New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

February 10, 2023

<u>V<small>IA</small> ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 11201

**Re:** **Sorin Lazar v. City of New York, et al., Docket No. 98 and request for extension.**
<u>**No. 1:21-cv-01748-LGS**</u>

Dear Judge Schofield:

This firm represents Plaintiff in the above referenced matter. Per the Court's order on February 9, 2023, I write in response to the February 3, 2023 letter filed by Defendants City of New York and Jasmine Nunezramos (collectively the "City Defendants") concerning certain discovery items.

Counsel for Plaintiff and City Defendants have conferred and have agreed to deposition dates for the parties. In addition, because of scheduling issues, one or more of the depositions will have to take place in early March. Based on the foregoin,g Counsel respectfully request that the Court extend discovery to March 21, 2023. Counsel for the City Defendants consent to this request.

Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,

/s/ Richard St. Paul

Richard St. Paul. Esq.

cc: Counsel of Record (*via ECF*)