UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                     :
SORIN LAZAR,                                    :
                                    Plaintiff,    :
                                                          :      21 Civ. 1748 (LGS)
                    -against-                         :
                                                          :            <u>ORDER</u>
CITY OF NEW YORK, et al.,                    :
                                  Defendants.    :
                                                          :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a pre-motion conference was scheduled for June 7, 2023, at 4:00 P.M.;

        WHEREAS, counsel for Defendants The Aurora Condominium and Cyris Jewels did not appear.  It is hereby

        **ORDERED** that the pre-motion conference is adjourned to **June 14, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333.

Dated: June 8, 2023
           New York, New York

                                                 LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE