UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

SORIN LAZAR,

                              Plaintiff,

                    -against-

THE CITY OF NEW YORK, P.O. JASMINE
NUNEZRAMOS, in her Official and individual capacity,
CYRIS JEWELS, in her Official capacity as a Board
Member of the Aurora Condominium and in her individual
capacity, and THE AURORA CONDOMINIUM,

                              Defendants.
----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-01748 (DEH) (JEW)

        **WHEREAS,** Plaintiff Sorin Lazar and defendants City of New York and Officer Jasmine Nunezramos (collectively, "City Defendants") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that all claims asserted against the City Defendants are hereby dismissed with prejudice.

        **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
    December 4, 2023

| | |
|---|---|
| LAW OFFICE OF RICHARD ST. PAUL, ESQ., PLLC<br>*Attorneys for Plaintiff*<br>445 Hamilton Avenue<br>Suite 1102<br>White Plains, New York 10601<br>(914) 517-7568<br><br>By: *Richard St. Paul*<br>    Richard St. Paul<br>    *Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York<br>    and Nunezramos*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br>(212) 356-2338<br><br>By: *[signature]*<br>    Nicolette Pellegrino<br>    *Assistant Corporation Counsel* |

SO ORDERED:

*[signature]*

HON. DALE E. HO
UNITED STATES DISTRICT JUDGE
Dated: December 4, 2023

New York, New York

2